```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-05127-RNO
Rebecca Ann Miller                                                       Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1                  Date Rcvd: Jan 15, 2020
                              Form ID: ntcnfhrg            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             Rebecca Ann Miller,    181 Woodbine Rd,    Shavertown, PA 18708-9641
5277158        Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY 11791-4436
5277159        Endodontic Specialists of NE P,    841 Wyoming Ave,    Kingston, PA 18704-3932
5277161        I C System,    PO Box 64378,    Saint Paul, MN 55164-0378
5277155        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5277163       +Medical Data Systems I,    645 Walnut St,    Gadsden, AL 35901-4173
5277154        Miller Rebecca Ann,    181 Woodbine Rd,    Shavertown, PA 18708-9641
5280019       +U.S. Department of Housing and Urban Development,    100 Penn Square East 11th Floor,
                Philadelphia, PA 19107-3325
5277167        Wilkes-Barre General Hospital,    Attn: Billing Dept,    575 N River St,
                Wilkes Barre, PA 18764-0999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5277156        E-mail/Text: G06041@att.com Jan 15 2020 20:45:19      ATT Directv,    c/o Bankruptcy,
                4331 Communications Dr,    Dallas, TX 75211-1300
5277157        E-mail/Text: bankruptcy@usecapital.com Jan 15 2020 20:45:50      Capital Accounts,
                PO Box 140065,    Nashville, TN 37214-0065
5277160        E-mail/Text: bknotice@ercbpo.com Jan 15 2020 20:44:52      Enhanced Recovery Co L,
                PO Box 57547,    Jacksonville, FL 32241-7547
5285132        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:49:42      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5289371        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:50:30
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5277164        E-mail/Text: bankruptcyteam@quickenloans.com Jan 15 2020 20:45:19       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5284780       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 15 2020 20:45:19       Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
5277165        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 15 2020 20:43:41
                 Verizon Wireless,    500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
5277166        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 15 2020 20:43:41
                 Verizon Wireless Bankruptcy Administrati,    500 Technology Dr Ste 550,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5277162       ##+Kashable LLC,    275 Madison Ave,    New York, NY 10016-1138
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans INC. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Rebecca Ann Miller MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Rebecca Ann Miller,<br>aka Rebecca A. Miller, aka Rebecca Miller, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−05127−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom #2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)