```
CO.   FILE    DEPT    CLOCK   VCHR. NO.
QTT   120189  006020  8515    0000104286   1
                                    4287-0659
KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983
```

# Earnings Statement  ADP

Period Beginning: 02/21/2021
Period Ending: 03/06/2021
Pay Date: 03/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances
    Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 7,207.42 |
| Overtime | 27.7500 | 7.72 | 214.23 | 253.92 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,694.23** | 7,661.34 |

Your federal taxable wages this period are $1,463.85

### Deductions

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -90.76 | 432.15 |
| Medicare Tax | -21.23 | 101.07 |
| PA State Income Tax | -44.94 | 213.98 |
| Exeter Boro Local Svc Tax | -2.00 | 10.00 |
| Kingston Twp Income Tax | -51.97 | 243.44 |
| PA SUI Tax | -1.02 | 4.60 |
| Federal Income Tax | | 44.00 |

**Other**

| | | |
|---|---|---|
| Dental | -22.59* | 67.77 |
| Disab Shrt Term | -8.98 | 26.94 |
| Medical | -199.62* | 598.86 |
| Supp-Life Emp | -4.62 | 13.86 |
| Vision | -8.17* | 24.51 |

| **Net Pay** | **$1,238.33** |
|---|---|
| Checking 1 | -1,238.33 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 14.50 | |
| Totl Hrs Worked | 87.72 | |

### Additional Tax Withholding Information

Taxable Marital Status
  PA:   Single
Exemptions/Allowances
  PA:   N/A

* Excluded from federal taxable wages

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| Q1T | 120189 | 006020 | 8515 | 0000124302 | 1 |

# Earnings Statement 

4302-0659
KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

Period Beginning: 03/07/2021
Period Ending: 03/20/2021
Pay Date: 03/26/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 8,687.42 |
| Overtime | 27.7500 | 7.42 | 205.91 | 459.83 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,685.91** | 9,347.25 |

Your federal taxable wages this period are
$1,455.53

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -90.25 | 522.40 |
| | Medicare Tax | -21.10 | 122.17 |
| | PA State Income Tax | -44.68 | 258.66 |
| | Exeter Boro Local Svc Tax | -2.00 | 12.00 |
| | Kingston Twp Income Tax | -51.67 | 295.11 |
| | PA SUI Tax | -1.01 | 5.61 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 90.36 |
| | Disab Shrt Term | -8.98 | 35.92 |
| | Medical | -199.62* | 798.48 |
| | Supp-Life Emp | -4.62 | 18.48 |
| | Vision | -8.17* | 32.68 |
| | **Net Pay** | **$1,231.22** | |
| | Checking 1 | -1,231.22 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 17.58 | |
| Totl Hrs Worked | 87.42 | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
| Q1T | 120189 | 006020 | 8515 | 0000144289 | 1 |

4289-0659
KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 03/21/2021
Period Ending: 04/03/2021
Pay Date: 04/09/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 10,167.42 |
| Overtime | 27.7500 | 1.20 | 33.30 | 493.13 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,513.30** | 10,860.55 |

Your federal taxable wages this period are $1,282.92

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -79.54 | 601.94 |
| | Medicare Tax | -18.61 | 140.78 |
| | PA State Income Tax | -39.39 | 298.05 |
| | Exeter Boro Local Svc Tax | -2.00 | 14.00 |
| | Kingston Twp Income Tax | -45.55 | 340.66 |
| | PA SUI Tax | -0.91 | 6.52 |
| | Federal Income Tax | | 44.00 |
| | Other | | |
| | Dental | -22.59* | 112.95 |
| | Disab Shrt Term | -8.98 | 44.90 |
| | Medical | -199.62* | 998.10 |
| | Supp-Life Emp | -4.62 | 23.10 |
| | Vision | -8.17* | 40.85 |
| **Net Pay** | | | **$1,083.32** |
| | Checking 1 | -1,083.32 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 20.67 | |
| Totl Hrs Worked | 81.20 | |

### Additional Tax Withholding Information
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

```
CO.  FILE    DEPT.   CLOCK   VCHR. NO.
Q1T  120189  006020  8515    0000164281  1
                                    4281-0659
KEYSTONE  AUTOMOTIVE  INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983
```

# Earnings Statement 

Period Beginning: 04/04/2021
Period Ending: 04/17/2021
Pay Date: 04/23/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 72.32 | 1,337.92 | 11,505.34 |
| Overtime | 27.7500 | .43 | 11.93 | 505.06 |
| Pto | 18.5000 | 8.00 | 148.00 | 148.00 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,497.85** | 12,358.40 |

Your federal taxable wages this period are
$1,267.47

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -78.58 | 680.52 |
| Medicare Tax | -18.37 | 159.15 |
| PA State Income Tax | -38.91 | 336.96 |
| Exeter Boro Local Svc Tax | -2.00 | 16.00 |
| Kingston Twp Income Tax | -45.00 | 385.66 |
| PA SUI Tax | -0.90 | 7.42 |
| Federal Income Tax | | 44.00 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -22.59* | 135.54 |
| Disab Shrt Term | -8.98 | 53.88 |
| Medical | -199.62* | 1,197.72 |
| Supp-Life Emp | -4.62 | 27.72 |
| Vision | -8.17* | 49.02 |
| **Net Pay** | **$1,070.11** | |
| Checking 1 | -1,070.11 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | | 15.75 |
| Totl Hrs Worked | | 72.75 |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:              Single
Exemptions/Allowances:
  PA:              N/A

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|---|
| | QTR | 120189 | 006020 | 8515 | 0000184277 | 1 |

4277-0659
KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 04/18/2021
Period Ending: 05/01/2021
Pay Date: 05/07/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 76.55 | 1,416.18 | 12,921.52 |
| Overtime | 27.7500 | .25 | 6.94 | 512.00 |
| Pto | 18.5000 | 4.00 | 74.00 | 222.00 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,497.12** | 13,855.52 |

Your federal taxable wages this period are
$1,266.74

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 14.83 | |
| Totl Hrs Worked | 76.80 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -78.54 | 759.06 |
| | Medicare Tax | -18.37 | 177.52 |
| | PA State Income Tax | -38.89 | 375.85 |
| | Exeter Boro Local Svc Tax | -2.00 | 18.00 |
| | Kingston Twp Income Tax | -44.96 | 430.62 |
| | PA SUI Tax | -0.89 | 8.31 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 158.13 |
| | Disab Shrt Term | -8.98 | 62.86 |
| | Medical | -199.62* | 1,397.34 |
| | Supp-Life Emp | -4.62 | 32.34 |
| | Vision | -8.17* | 57.19 |
| | **Net Pay** | **$1,069.49** | |
| | Checking 1 | -1,069.49 | |

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QTT | 120189 | 006020 | 8515 | 0000204287 | 1 |

4267-0659

KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 05/02/2021
Period Ending: 05/15/2021
Pay Date: 05/21/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 14,401.52 |
| Overtime | 27.7500 | .47 | 13.04 | 525.04 |
| Bonus | | | | 200.00 |
| Pto | | | | 222.00 |
| **Gross Pay** | | | **$1,493.04** | 15,348.56 |

Your federal taxable wages this period are
$1,262.66

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 17.92 | |
| Totl Hrs Worked | 80.47 | |

## Deductions

| | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -78.28 | 837.34 |
| | Medicare Tax | -18.31 | 195.83 |
| | PA State Income Tax | -38.76 | 414.61 |
| | Exeter Boro Local Svc Tax | -2.00 | 20.00 |
| | Kingston Twp Income Tax | -44.82 | 475.44 |
| | PA SUI Tax | -0.90 | 9.21 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 180.72 |
| | Disab Shrt Term | -8.98 | 71.84 |
| | Medical | -199.62* | 1,596.96 |
| | Supp-Life Emp | -4.62 | 36.98 |
| | Vision | -8.17* | 65.36 |
| | **Net Pay** | **$1,065.99** | |
| | Checking 1 | -1,065.99 | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QTT | 120189 | 006020 | 8515 | 0000224240 | 1 |

4240-0659

KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 05/16/2021
Period Ending: 05/29/2021
Pay Date: 06/04/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 75.22 | 1,391.57 | 15,793.09 |
| Overtime | 27.7500 | .38 | 10.55 | 535.59 |
| Pto | 18.5000 | 4.00 | 74.00 | 296.00 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,476.12** | 16,824.68 |

Your federal taxable wages this period are
$1,245.74

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 17.00 | |
| Totl Hrs Worked | 75.60 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -77.24 | 914.58 |
| | Medicare Tax | -18.06 | 213.89 |
| | PA State Income Tax | -38.24 | 452.85 |
| | Exeter Boro Local Svc Tax | -2.00 | 22.00 |
| | Kingston Twp Income Tax | -44.22 | 519.66 |
| | PA SUI Tax | -0.88 | 10.09 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 203.31 |
| | Disab Shrt Term | -8.98 | 80.82 |
| | Medical | -199.62* | 1,796.58 |
| | Supp-Life Emp | -4.62 | 41.58 |
| | Vision | -8.17* | 73.53 |
| | **Net Pay** | **$1,051.50** | |
| | Checking 1 | -1,051.50 | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

```
CO.  FILE    DEPT.   CLOCK  VCHR. NO.
QTR  120189  006020  8515   0000244301    1
                                              4301-0659
KEYSTONE  AUTOMOTIVE  INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983
```

# Earnings Statement 

Period Beginning:  05/30/2021
Period Ending:     06/12/2021
Pay Date:          06/18/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 48.12 | 890.22 | 16,683.31 |
| Overtime | 27.7500 | .23 | 6.38 | 541.97 |
| Holiday | 18.5000 | 8.00 | 148.00 | 148.00 |
| Pto | 18.5000 | 24.00 | 444.00 | 740.00 |
| Bonus | | | | 200.00 |
| **Gross Pay** | | | **$1,488.60** | 18,313.28 |

Your federal taxable wages this period are
$1,258.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | -3.92 | |
| Totl Hrs Worked | 48.35 | |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -78.01 | 992.59 |
| Medicare Tax | | -18.25 | 232.14 |
| PA State Income Tax | | -38.63 | 491.48 |
| Exeter Boro Local Svc Tax | | -2.00 | 24.00 |
| Kingston Twp Income Tax | | -44.66 | 564.32 |
| PA SUI Tax | | -0.90 | 10.99 |
| Federal Income Tax | | | 44.00 |
| **Other** | | | |
| Dental | | -22.59* | 225.90 |
| Disab Shrt Term | | -8.98 | 89.80 |
| Medical | | -199.62* | 1,996.20 |
| Supp-Life Emp | | -4.62 | 46.20 |
| Vision | | -8.17* | 81.70 |
| **Net Pay** | | **$1,062.17** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QTY | 120189 | 006020 | 8515 | 0000264272 | 1 |

4272-0059

KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 06/13/2021
Period Ending: 06/26/2021
Pay Date: 07/02/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**REBECCA A MILLER**
**181 WOODBINE RD**
**SHAVERTOWN PA 18708**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 79.55 | 1,471.68 | 18,154.99 |
| Overtime | 27.7500 | .55 | 15.26 | 557.23 |
| Bonus | | | | 200.00 |
| Holiday | | | | 148.00 |
| Pto | | | | 740.00 |
| **Gross Pay** | | | **$1,486.94** | 19,800.22 |

Your federal taxable wages this period are $1,256.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | -0.83 | |
| Totl Hrs Worked | 80.10 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -77.90 | 1,070.49 |
| | Medicare Tax | -18.22 | 250.36 |
| | PA State Income Tax | -38.58 | 530.06 |
| | Exeter Boro Local Svc Tax | -2.00 | 26.00 |
| | Kingston Twp Income Tax | -44.61 | 608.93 |
| | PA SUI Tax | -0.89 | 11.88 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 248.49 |
| | Disab Shrt Term | -8.98 | 98.78 |
| | Medical | -199.62* | 2,195.82 |
| | Supp-Life Emp | -4.62 | 50.82 |
| | Vision | -8.17* | 89.87 |
| | **Net Pay** | **$1,060.76** | |
| | Checking 1 | -1,060.76 | |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| Q1T | 120189 | 008020 | 8515 | 0000284327 | 1 |

4327-0659
KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

# Earnings Statement 

Period Beginning: 06/27/2021
Period Ending: 07/10/2021
Pay Date: 07/16/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 71.60 | 1,324.60 | 19,479.59 |
| Holiday | 18.5000 | 8.00 | 148.00 | 296.00 |
| Overtime | | | | 557.23 |
| Bonus | | | | 200.00 |
| Pto | | | | 740.00 |
| **Gross Pay** | | | **$1,472.60** | 21,272.82 |

Your federal taxable wages this period are
$1,242.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 2.25 | |
| Totl Hrs Worked | 71.60 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -77.02 | 1,147.51 |
| | Medicare Tax | -18.01 | 268.37 |
| | PA State Income Tax | -38.14 | 568.20 |
| | Exeter Boro Local Svc Tax | -2.00 | 28.00 |
| | Kingston Twp Income Tax | -44.09 | 653.02 |
| | PA SUI Tax | -0.88 | 12.76 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 271.08 |
| | Disab Shrt Term | -8.98 | 107.76 |
| | Medical | -199.62* | 2,395.44 |
| | Supp-Life Emp | -4.62 | 55.44 |
| | Vision | -8.17* | 98.04 |
| | **Net Pay** | | **$1,048.48** |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

```
CO.    FILE    DEPT.   CLOCK   VCHR. NO.
QTR   120189  006020   6515    0000304342    1
                                      4342-0659
KEYSTONE  AUTOMOTIVE  INDUSTRIES
5846 CROSSINGS  BLVD
ANTIOCH,  TN 37013
HR SERVICES:  615-258-5983
```

# Earnings Statement 

Period Beginning:  07/11/2021
Period Ending:     07/24/2021
Pay Date:          07/30/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA  A  MILLER
181 WOODBINE  RD
SHAVERTOWN  PA  18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 19.2400 | 75.97 | 1,461.66 | 20,941.25 |
| Overtime | 28.8600 |   .57 |    16.45 |    573.68 |
| Pto      | 19.2400 |  4.00 |    76.96 |    816.96 |
| Bonus    |         |       |          |    200.00 |
| Holiday  |         |       |          |    296.00 |
| **Gross Pay** | | | **$1,555.07** | 22,827.89 |

Your federal taxable wages this period are $1,324.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto          | 1.33 | |
| Totl Hrs Worked | 76.54 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax  |  -82.13 | 1,229.64 |
| | Medicare Tax         |  -19.21 |   287.58 |
| | PA State Income Tax  |  -40.67 |   608.87 |
| | Exeter Boro Local Svc Tax | -2.00 | 30.00 |
| | Kingston Twp Income Tax | -47.02 | 700.04 |
| | PA SUI Tax           |   -0.94 |    13.70 |
| | Federal Income Tax   |         |    44.00 |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| Other | | |
|---|---|---|
| Dental         |  -22.59* |   293.67 |
| Disab Shrt Term |  -8.98  |   116.74 |
| Medical        | -199.62* | 2,595.06 |
| Supp-Life Emp  |   -4.62  |    60.08 |
| Vision         |   -8.17* |   108.21 |
| **Net Pay**    | **$1,119.12** | |
| Checking 1     | -1,119.12 | |
| **Net Check**  | **$0.00** | |

* Excluded from federal taxable wages

```
CO    FILE    DEPT    CLOCK   VCHR NO
QIT   120189  006020  6315    0000324337   1
```

# Earnings Statement

**ADP**

KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-6983

Period Beginning: 07/25/2021
Period Ending: 08/07/2021
Pay Date: 08/13/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.2400 | 76.57 | 1,473.21 | 22,414.46 |
| Overtime | 28.8600 | .13 | 3.75 | 577.43 |
| Pto | 19.2400 | 4.00 | 76.96 | 893.92 |
| Bonus | | | | 200.00 |
| Holiday | | | | 296.00 |
| **Gross Pay** | | | **$1,553.92** | 24,381.81 |

Your federal taxable wages this period are $1,323.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | 0.42 | |
| Totl Hrs Worked | 76.70 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -82.06 | 1,311.70 |
| | Medicare Tax | -19.19 | 308.77 |
| | PA State Income Tax | -40.63 | 649.50 |
| | Exeter Boro Local Svc Tax | -2.00 | 32.00 |
| | Kingston Twp Income Tax | -46.98 | 747.02 |
| | PA SUI Tax | -0.93 | 14.63 |
| | Federal Income Tax | | 44.00 |
| | **Other** | | |
| | Dental | -22.59* | 316.26 |
| | Disab Shrt Term | -8.98 | 125.72 |
| | Medical | -199.62* | 2,794.68 |
| | Supp-Life Emp | -4.62 | 64.68 |
| | Vision | -8.17* | 114.38 |
| | **Net Pay** | **$1,118.15** | |
| | Checking 1 | -1,118.15 | |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information

Taxable Marital Status:
  PA:       Single
Exemptions/Allowances:
  PA:       N/A

* Excluded from federal taxable wages

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| QIT | 120189 | 006020 | 8515 | 0000344330 | 1 |

# Earnings Statement

**ADP**

KEYSTONE AUTOMOTIVE INDUSTRIES
5846 CROSSINGS BLVD
ANTIOCH, TN 37013
HR SERVICES: 615-258-5983

Period Beginning: 08/08/2021
Period Ending: 08/21/2021
Pay Date: 08/27/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

REBECCA A MILLER
181 WOODBINE RD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.2400 | 75.23 | 1,447.43 | 23,861.89 |
| Pto | 19.2400 | 4.00 | 76.96 | 970.88 |
| Overtime | | | | 577.43 |
| Bonus | | | | 200.00 |
| Holiday | | | | 296.00 |
| **Gross Pay** | | | **$1,524.39** | 25,906.20 |

Your federal taxable wages this period are $1,294.01

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Floating Hol | 8.00 | |
| Pto | -0.50 | |
| Totl Hrs Worked | 75.23 | |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -80.23 | 1,391.93 |
| Medicare Tax | | -18.76 | 325.53 |
| PA State Income Tax | | -39.73 | 689.23 |
| Exeter Boro Local Svc Tax | | -2.00 | 34.00 |
| Kingston Twp Income Tax | | -45.94 | 792.96 |
| PA SUI Tax | | -0.91 | 15.54 |
| Federal Income Tax | | | 44.00 |
| **Other** | | | |
| Dental | | -22.59* | 338.85 |
| Disab Shrt Term | | -8.98 | 134.70 |
| Medical | | -199.62* | 2,994.30 |
| Supp-Life Emp | | -4.62 | 69.30 |
| Vision | | -8.17* | 122.55 |
| **Net Pay** | | **$1,092.84** | |
| Checking 1 | | -1,092.84 | |
| **Net Check** | | **$0.00** | |

### Important Notes
TO ASK A COMPLIANCE QUESTION OR RAISE A COMPLIANCECONCERN, GO TO
WWW.LKQCORP.ETHICSPOINT.COM

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

* Excluded from federal taxable wages