United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-05127-MJC
Rebecca Ann Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

**Recip ID**     **Recipient Name and Address**
Jeff Miller, 181 Woodbine Road, Shavertown, PA 18708-9641

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans INC. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Rebecca Ann Miller MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans INC. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rebecca Ann Miller aka Rebecca A. Miller aka Rebecca Miller<br>　　　　　Debtor<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　Movant<br>　　vs.<br><br>Rebecca Ann Miller aka Rebecca A. Miller aka Rebecca Miller<br>　　　　　Debtor<br>Jeff Miller<br>　　　　　Co-Debtor<br><br>Jack N. Zaharopoulos, Esquire<br>　　　　　Trustee | CHAPTER 13<br><br>NO. 19-05127-MJC<br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: October 20, 2021

By the Court,

Mark J. Conway, Bankruptcy Judge (CN)