# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: REBECCA ANN MILLER
REBECCA MILLER, REBECCA A. MILLER

                Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant

vs.                                                               CASE NO: 5-19-05127-MJC

REBECCA ANN MILLER
REBECCA MILLER, REBECCA A. MILLER

                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 10, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    April 10, 2023                               Respectfully submitted,

                                                            /s/   Agatha R. McHale, Esquire
                                                           ID:  47613
                                                           Attorney for Movant
                                                           Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA 17036
                                                           Phone:  (717) 566-6097
                                                           email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   REBECCA ANN MILLER
         REBECCA MILLER, REBECCA A.
         MILLER

                    Debtor(s)              CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant
         vs.                                CASE NO: 5-19-05127-MJC
         REBECCA ANN MILLER
         REBECCA MILLER, REBECCA A.
         MILLER

                    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> May 4, 2023 at 10:00 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2,670.00**
   **AMOUNT DUE FOR THIS MONTH: $508.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3,178.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
    CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: April 10, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: REBECCA ANN MILLER
REBECCA MILLER, REBECCA A. MILLER

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.
REBECCA ANN MILLER
REBECCA MILLER, REBECCA A. MILLER

    Respondent(s)

CASE NO: 5-19-05127-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 10, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA  18701-1708

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

<u>Served by First Class Mail</u>

REBECCA ANN MILLER
181 WOODBINE RD
SHAVERTOWN  PA  18708-9641

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 10, 2023

/s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REBECCA ANN MILLER
AKA: REBECCA MILLER, REBECCA A. MILLER

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-05127-MJC

vs.

REBECCA ANN MILLER
AKA: REBECCA MILLER, REBECCA A. MILLER

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.