United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 19-05127-MJC

Rebecca Ann Miller                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                   Page 1 of 2
Date Rcvd: May 04, 2023                     Form ID: ordsmiss                               Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rebecca Ann Miller, 181 Woodbine Rd, Shavertown, PA 18708-9641 |
| 5277159 | | Endodontic Specialists of NE P, 841 Wyoming Ave, Kingston, PA 18704-3932 |
| 5277154 | | Miller Rebecca Ann, 181 Woodbine Rd, Shavertown, PA 18708-9641 |
| 5280019 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 5277167 | | Wilkes-Barre General Hospital, Attn: Billing Dept, 575 N River St, Wilkes Barre, PA 18764-0999 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5277156 | | EDI: DIRECTV.COM | May 04 2023 22:32:00 | ATT Directv, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 5277157 | | Email/Text: bankruptcy@usecapital.com | May 04 2023 18:34:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 5277158 | ^ | MEBN | May 04 2023 18:33:24 | Debt Rec Sol, 6800 Jericho Tpke, Syosset, NY 11791-4436 |
| 5277160 | | Email/Text: bknotice@ercbpo.com | May 04 2023 18:34:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5277161 | | EDI: LCIICSYSTEM | May 04 2023 22:32:00 | I C System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5277162 | | Email/Text: bankruptcy@kashable.com | May 04 2023 18:34:00 | Kashable LLC, 275 Madison Ave, New York, NY 10016-1101 |
| 5285132 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 18:43:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5277155 | | Email/Text: mylawyer@jpplaw.com | May 04 2023 18:34:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5277163 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 04 2023 18:34:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5289371 | | EDI: PRA.COM | May 04 2023 22:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5277164 | + | Email/Text: bankruptcyteam@quickenloans.com | May 04 2023 18:34:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5284780 | + | Email/Text: bankruptcyteam@quickenloans.com | May 04 2023 18:34:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5297034 | | EDI: AIS.COM | May 04 2023 22:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5277165 | | EDI: VERIZONCOMB.COM | May 04 2023 22:32:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

| | | | |
|---|---|---|---|
| 5277166 | EDI: VERIZONCOMB.COM | | |
| | | May 04 2023 22:32:00 | Verizon Wireless Bankruptcy Administrati, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans INC. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans INC. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Rebecca Ann Miller MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca Ann Miller,　　　　　　　　　　　　　　　　Chapter　　　13
aka Rebecca A. Miller, aka Rebecca Miller,

**Debtor 1**　　　　　　　　　　　　　　　　　　　Case No.　　　5:19−bk−05127−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 4, 2023

ordsmiss (05/18)